## CANE agt. CANE

Margery Cane plaint. ag$^t$ Jonathan Cane Executo$^r$ to the last will and testam$^t$ of Ruth Johnson dec$^d$ Defend$^t$ in an action of the case for refuseing to pay the summe of twenty pounds due to her as a legacy given her by Ruth Johnson as appeares by her last will and testam$^t$ bearing date. April. 3$^d$ 1676. of which will the s$^d$ Jonathan Cane is sole Exec$^r$ with all other due damages according to attachm$^t$ dat$^d$ april: 14° 1677. . . . The Jury . . . found for the plaintife twenty pounds according to will and costs of Court. The plaint. giving Security if the heire appeare & recover it back by law to bee accomptable for it. costs. £.01:5:2.

Execution issued 19° Feb$^{ry}$ 77. bond on file with the case.